IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-77-MR-WCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN ALBERT SLAGEL | ) | |
| | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Sean Devereux. The Motion indicates that Mr. Devereux, a member in good standing of the Bar of this Court, is local counsel for John Albert Slagel and that he seeks the admission of Michael Monico. The Motion represents that Mr. Monico is a member in good standing of the Bar of the State of Illinois. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** Michael Monico to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 5, 2021

W. Carleton Metcalf
United States Magistrate Judge